## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**JASON CARRODINE,**
    **Plaintiff,**

    v.                          **Civil Action No. 1:20-cv-12306-IT**

**SUNPATH, LTD.,**
    **Defendant.**

### SETTLEMENT ORDER OF DISMISSAL

**TALWANI, D.J.**

The Court having been advised by counsel that the above-entitled action has been settled;

**IT IS ORDERED** that the action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

                                                     By the Court,

Dated: March 9, 2021                          /s/Danielle Kelly
                                                         Deputy Clerk